JS-6

Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
Email:      steven.dailey@kutakrock.com
Email:      Rebecca.wilson@kutakrock.com

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC. and WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX KAY, an individual, FSTINV, LLC, a limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; and FIRST AMERICAN TITLE COMPANY,<br><br>Defendants. | Case No.  CV 20-1403-GW-Ex<br><br>Assigned to Hon. George H. Wu<br><br>**JUDGMENT OF DISMISSAL**<br><br>Date Filed:       February 12, 2020 |

On May 15, 2020, the Court granted SELECT PORTFOLIO SERVICING, INC.'s and WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1's [collectively, "Loan Defendants'"] Motion to Dismiss Plaintiffs MAX KAY's and FSTINV, LLC's First Amended Complaint.  The Court dismissed Plaintiffs' First Cause of Action for violation of 12 U.S.C. section 5220 and Second Cause of Action for violation of 12 U.S.C. section 3760 without leave to amend and with prejudice and declined to assert supplemental jurisdiction over the remaining state law claims.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed as to Loan Defendants and that a Judgment of Dismissal be entered in favor of Loan Defendants, and each of them, and against Plaintiffs, and each of them.  Plaintiffs are awarded nothing in this action against Loan Defendants or either of them.

Dated:  May 20, 2020

_____
HON. GEORGE H. WU,
United States District Judge